**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TAVARES N. CLARK,

    Petitioner,

v.                                              CASE NO. 8:05-CV-2014-T-30MAP

WARDEN SOLOMON , et al.,

    Respondents.
_____/

**O R D E R**

Petitioner, a inmate in the Florida penal system proceeding *pro se*,[1] initiated this cause of action by filing an unsigned petition for federal habeas relief pursuant to 28 U.S.C. § 2254 (Dkt. 1) and an unsigned memorandum of law in support thereof (Dkt. 2). Petitioner also failed to pay the $5.00 filing fee or seek leave to proceed *in forma pauperis*, one of which is required to be done within thirty days of the commencement of the action. *See* Local Rule 1.03(e) (M.D. Fla. 2004).

ACCORDINGLY, the Court **ORDERS** that:

---

[1] Petitioner is cautioned that although you are appearing *pro se*, you are required to comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Rules Governing Section 2254 Cases (2005). Failure to do so could result in sanctions, including dismissal of your claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Petitioner must also provide a self-addressed envelope with $3.95 postage affixed thereto. The Local Rules measure 8 1/2" x 11" x 1/2". A copy of the Local Rules may be found in the institution's law library. They may also be found in Florida Rules of Court available from West Group, 620 Opperman Drive, St. Paul, Minnesota 55164.

1.	The **Clerk** shall **STRIKE** the unsigned Petition (Dkt. 1) and Memorandum of Law (Dkt. 2).  *See* Fed. R. Civ. P. 11.

2.	Petitioner shall, within **TWENTY (20) DAYS** hereof, file a properly executed § 2254 petition.

3.	The **Clerk** shall affix the above referenced case number on a copy of the court-approved form for § 2254 petitions and an Affidavit of Indigency and enclose said forms with Petitioner's copy of this order.

4.	Failure to comply with this order within the allotted time shall result in the **dismissal** of this action **without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro Se* Petitioner

SA:jsh